# IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

FILED

OCT 2 6 2005

CLERK, U.S. DISTRICT COURT

By _____

Deputy

TIMOTHY COLEMAN ,

    Petitioner,

ORIGINAL

vs.

          Cause No: 3:00-CR-34-R

                   (3-05-CV-812-R)

UNITED STATES OF AMERICA ,

    Respondent,

## NOTICE OF APPEAL

NOTICE is hereby given that the defendant, TIMOTHY COLEMAN _____, in the above civil/criminal matter, hereby appeals to the United States Court of Appeals for the FIFTH Circuit from this Court's order entered in this cause on September 22 , 20 05 denying/dismissing the defendant's 28 U.S.C. § 2255 motion.

Said Order/Judgement was filed in the United States District Court Clerk's Office on September 22, , 20 05 .

This, the 19th day of October , 2005 .

Respectfully Submitted

Timothy Coleman
Reg. 33680-077
F.C.I.
P.O. Box 9000
Seagoville, TX 75159-9000

Case 3:00-cr-00034-M    Document 93    Filed 10/26/05    Page 2 of 2    PageID 179

Name  T. Coleman
Reg. No.  33680-077
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

RECEIVED

OCT 26 2005

TX. US DISTRICT COURT
THERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE-ROOM 1452
DALLAS, TEXAS   75242-1495

75242-1310